UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**STEFAN REASE,**

    **Plaintiff,**

v.                          Case No. 1:24-cv-183-MCR-MJF

**OFFICER SAP, et al.,**

    **Defendants**.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 6, 2025, ECF No. 9. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**